J:\CRUMBA\FORMS\CALENDAR\2002\02-102.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff,

    v.                                   Case No. C-1-02-102
                                          (Hogan, M.J.)

Charles Luken, et al.,
    Defendants.

---

**NOTICE**

---

**Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Timothy S. Hogan on:**

**Thursday, March 25, 2004, at 3:30 am
Room 706 Potter Stewart U.S. Courthouse**

                                        **Timothy S. Hogan
                                        United States Magistrate Judge**

                                           s/Barbara A. Crum
                                        **Courtroom Deputy**

**cc:   All Counsel**
bac     **March 10, 2004**