J:\CRUMBA\FORMS\CALENDAR\2002\02-102.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff,

v.                                         Case No. C-1-02-102
                                                 (Hogan, M.J.)

Charles Luken, et al.,
    Defendants.

**CALENDAR ORDER**

**This case shall proceed as follows:**

1.  Joint final pretrial order: Submitted to the Court 3 days prior to FPTC

2.  Final pretrial conference: October 8, 2004, at 9:30 am

3.  Jury Instructions: Submitted to the Court 7 days prior to Trial

4.  Jury Trial: November 8, 2004, at 9:30 am

IT IS SO ORDERED.


Date   3/25/2004                                s/Timothy S. Hogan

bac     March 25, 2004                          **Timothy S. Hogan**
                                                   **United States Magistrate Judge**