```
Thu Apr  8 16:11:05 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.    100 422499
Cashier         kjl

Check Number:  00210571

DO Code    Div No
 4661        1

Sub Acct Type Tender       Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount          $    255.00

CITY OF CINCINNATI

APPEAL FEE C-1-02-102



Thu Apr  8 16:11:05 2004

Check No.  00210571
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```