# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:02cv0102 | Court of Appeals Case No: |
| SHORT CAPTION | | 04-3470 |
| NATHANIEL LIVINGSTON, JR.* | | Case Manager: |
| Plaintiff/Petitioner | | MICHELLE DAVIS |
| vs. | | Date Filed: |
| CHARLES LUKEN, et al., | | |
| Defendant/Respondent | | FILED |
| 952 Cleveland Avenue Cincinnati, Ohio 45229 | | APR 15 2004 |
| *provide pro se address IF NOT on the docket sheet | | LEONARD GREEN, Clerk |

RECEIVED APR 9 2004 Leonard Green Clerk

| District Court Judge: | TIMOTHY S. HOGAN | Anything That Needs Special Attention **INTERLOCUTORY NOTICE OF APPEAL(DOC.63) appealing ORDER(DOC.58) entered on 3/9/2004.** |
|---|---|---|
| Court Reporter(s): | | |
| From Deputy Clerk: | ARTHUR HILL | |
| Date: | 4/9/2004 | |
| $255.00 Appeal Filing Fee Paid? YES | | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)         Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)         **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: JAMES BONINI
United States District Court

FILED JAMES BONINI CLERK 04 APR 16 PM 3:16