# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

---

Nathaniel Livingston, Jr.,
    Plaintiff

    vs                              Case No. 1:02-cv-102-TSH
                                        (Hogan, M. J.)

Charles Luken, et. al.,
    Defendants

---

## ORDER

---

      On March 9, 2004, this Court entered an order granting in part and denying in part defendants' motion for judgment on the pleadings. (Doc. 58). Defendants moved for reconsideration of the Court's order on April 8, 2004, and filed an interlocutory appeal with the Circuit Court on that same date. (Docs. 62, 63). Having denied the motion to reconsider, the Court finds that the interlocutory appeal is currently pending before the Appellate Court. Consequently, the Court's Calendar Order is hereby vacated and the case is stayed pending the Sixth Circuit's resolution of the appeal.

                                  S/Timothy S. Hogan
                                  Timothy S. Hogan
                                  United States Magistrate Judge

October 14, 2004
J:\LWW\OrdersTSH\02-102 Livingston\02-102 stay.wpd