UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff(s),

v.                                                  Case No. 1:02cv0102
                                                 (Consent Case ; Hogan, MJ)

Charles Luken, et al.,
    Defendant(s).

### ORDER

    On October 14, 2004, this Court entered an Order which vacated the case calendar, and stayed the case pending the Sixth Circuit's resolution of the interlocutory appeal filed by defendants. The Court of Appeals having decided the appeal (Doc.68); the Court hereby sets this matter for a status/scheduling conference (via telephone) on Thursday, November 30, 2005 at 3:30 pm.

    Parties are instructed to contact the Court via telephone (513)564-7650 five minutes before the scheduled start time of the conference.

SO ORDERED.

Date __10/28/05__                        _____
                                                     Timothy S. Hogan
                                                     United States Magistrate Judge

1:02cv102  doc.69

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Nathaniel Livingston, Jr.<br>952 Cleveland Avenue<br>Cincinnati, Ohio 45229 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 2764 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540