OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

CERTIFIED MAIL

7001 2510 0008 6348 2764

FILED
NOV 0 2 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO

NIXIE    450    1        25  11/01/05
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 4520239839        *0715-11591-20-42

4520223988

~~FILED~~ Received
NOV 0 2 2005      (T.T)
JAMES BONINI, Clerk
CINCINNATI, OHIO

Nathaniel Livingston, Jr
952 Cleveland Avenue
Cincinnati, OH 45229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff(s),

v.

Case No. 1:02cv0102
(Consent Case ; Hogan, MJ)

Charles Luken, et al.,
    Defendant(s).

## ORDER

On October 14, 2004, this Court entered an Order which vacated the case calendar, and stayed the case pending the Sixth Circuit's resolution of the interlocutory appeal filed by defendants. The Court of Appeals having decided the appeal (Doc.68); the Court hereby sets this matter for a status/scheduling conference (via telephone) on Thursday, November 30, 2005 at 3:30 pm.

Parties are instructed to contact the Court via telephone (513)564-7650 five minutes before the scheduled start time of the conference.

SO ORDERED.

Date 10/28/05

Timothy S. Hogan
United States Magistrate Judge

1:02cv102, doc.69

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Nathaniel Livingston, Jr.<br>952 Cleveland Avenue<br>Cincinnati, Ohio 45229 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0008 6348 2764 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

# Other Orders/Judgments

## 1:02-cv-00102-TSH Livingston v. Luken, et al

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from art, entered on 10/28/2005 at 10:42 AM EDT and filed on 10/28/2005

**Case Name:** Livingston v. Luken, et al
**Case Number:** 1:02-cv-102
**Filer:**
**Document Number:** 69

**Docket Text:**
ORDER setting case for Status/Scheduling Conference (via telephone) on Thursday, 11/30/2005 03:30 PM before Magistrate Judge Timothy S Hogan. Signed by Magistrate Judge Timothy S Hogan on 10/28/2005. (art, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=10/28/2005] [FileNumber=791692-0
] [567f37476464cd488a6e8a9abcd48f63eb0d2507d6ca3a984bc711c5858cede540c
0d48a2a3099dfee4215759f28e1ae84fbdf5114e998b61258b99f1de39cc1]]

**1:02-cv-102 Notice will be electronically mailed to:**

Geri H Geiler    geri.geiler@cincinnati-oh.gov, Sonya.Walker@cincinnati-oh.gov

Kenneth L. Lawson , II    kenneth@kennethlawson.com, tamara@kennethlawson.com, rosalind@kennethlawson.com, priscella@kennethlawson.com

**1:02-cv-102 Notice will be delivered by other means to:**

Nathaniel Livingston, Jr
952 Cleveland Avenue
Cincinnati, OH 45229