# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL LIVINGSTON, JR.** | : | CASE NO. 1:02CV102 |
| Plaintiff, | : | MAGISTRATE JUDGE HOGAN |
| vs. | : | |
| | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **CHARLES LUKEN, et al.,** | : | |
| Defendants. | : | |

Notice is hereby given that Richard Gabelman, Assistant City Solicitor is entering an appearance in the above captioned case in substitution for Geri H. Geiler as counsel on behalf of Defendants City of Cincinnati.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor


*s:/Richard Gabelman*
**RICHARD GABELMAN (0074642)**
Assistant City Solicitors
801 Plum Street
Room 214, City Hall
Cincinnati, Ohio 45202
(513) 352-4551
FAX: (513) 352-1515
E-mail: richard.gabelman@cincinnati-oh.gov
Trial Counsel for Defendants
City of Cincinnati

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed electronically on November 9, 2005.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic system.  Parties may access this filing through the Court's system.

                                                          s:*/Richard Gabelman*
                                                          **Richard Gabelman (0074642)**
                                                          Assistant City Solicitor