UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3470

Filed: November 17, 2005

NATHANIEL LIVINGSTON, JR.

    Plaintiff - Appellee

v.

CHARLES LUKEN, Mayor, et al.

    Defendants

CITY OF CINCINNATI; CINCINNATI POLICE DIVISION; JOHN SHIREY, Former Cincinnati City Mnaager in his individual and official capacities; THOMAS H. STREICHER, JR., in his individual and official capacities; PORTER EUBANKS, Cincinnati Police Officer in his individual and official capacities

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 10/26/05 the mandate for this case hereby issues today.

A True Copy.

Attest:

*[signature]*
Deputy Clerk

COSTS: None

Filing Fee ...........$
Printing ............$

    Total ........$