A.H.

2005 NOV 30   PM 5: 33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
     Plaintiff(s)

v.

          Case Number 1:02cv0102
          (Consent Case ; Hogan, MJ)

Charles Luken, et al.,

     Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** *none present*
**COURT REPORTER: none present**
**DATE:** November 30, 2005         **TIME:** 3:30 pm — 3: 45 pm

Attorney for Plaintiff(s):_____      Attorney for Defendant(s):_____

*no show*                 *Peter Stackpole (via telephone)*

_____           _____

## PROCEDURES

__✓__ Counsel Present. *(via telephone)*

_____ Schedule set as follows:

__✓__ Order to issue.
J:\CRUMBA\FORMS\Minutes\MINUTES-scheduling.wpd