UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff(s),
    v.

Case No. 1:02cv0102
(Consent Case; Hogan, M.J.)

Charles Luken, et al.,
    Defendant(s).

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for leave to amend the complaint: **December 31, 2005**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify primary experts: **January 31, 2006**
   Plaintiff produce primary reports: **January 31, 2006**
   Defendant rebuttal for identifying rebuttal experts: **February 28, 2006**
   Defendant rebuttal for producing primary reports: **February 28, 2006**

3. Parties to exchange witness list and summary: **February 28, 2006**

4. Discovery deadline: **March 31, 2006*** 

5. Dispositive motion deadline: **April 28, 2006**

6. Joint final pretrial order: **July 25, 2006**

7. Final pretrial conference: **July 28, 2006 at 9:30 am**

8. Jury Instructions: **August 7, 2006**

9. Jury Trial: **August 14, 2006 at 9:30 am**

IT IS SO ORDERED.

Date 11/30/05
awh   November 30, 2005

Timothy S. Hogan
United States Magistrate Judge

* All discovery shall be **completed** by this date.