UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL LIVINGSTON, JR. | : | CASE NO. C-1-02-102 |
| Plaintiff, | : | Judge Hogan |
| v. | : | |
| CHARLES LUKEN, et al. | : | MOTION FOR EXTENSION OF TIME AND REQUEST FOR EXPEDITED REVIEW |
| Defendants. | : | |

Defendants respectfully request an extension of time for the filing of the dispositive motion. The deadline is currently set on the Court's calendar for April 28, 2006. Prior counsel for the Defendants are no longer employed by the City. Richard Ganulin is entering an appearance counsel on behalf of the Defendants. Consequently the Defendants seek an extension of time until May 31, 2006 and additionally request expedited review for this motion. The plaintiff has not responded whether he objects or consents to the extension.

Respectfully submitted,

JULIA L. McNEIL (0043535)
City Solicitor

**s/ Richard Ganulin**
RICHARD GANULIN (0025642C)
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3329
(513) 352-1515 FAX
richard.ganulin@cincinnati-oh.gov

## CERTIFICATE OF SERVICE

I hereby certify on April 25, 2006, a true and accurate copy of the foregoing Motion for Extension of Time and Request for Expedited Review was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system. A copy has also been hand-delivered to counsel for plaintiff.

/s/ Richard Ganulin
RICHARD GANULIN (0025642C)
Assistant City Solicitor

Livingston MET 0406-RG/(skj)