# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| NATHANIEL LIVINGSTON, JR. | : | **CASE NO. C-1-02-102** |
|---|---|---|
| Plaintiff, | : | **Judge Hogan** |
| v. | : | |
| | | **Affidavit of Sergeant Louise Shields** |
| CHARLES LUKEN, et al. | : | |
| Defendants. | : | |

Before me, the undersigned authority, personally appeared Sergeant Louise Shields, who being duly sworn and deposed, certified as follows:

1.  I am a Sergeant in the Cincinnati Police Department.

2.  As required by the attached orders from the Department of the Army, Police Officer Porter Eubanks III is in active military service.

Further affiant sayeth naught.

Louise Shields
Sergeant

State of Ohio          )
                       )   ss:
County of Hamilton     )

Sworn to and subscribed in my presence on this 28th day of April, 2006.

Notary Public

ALAN G. MARCH
Notary Public, State of Ohio
My Commission Expires April 24, 2008

My commission expires _____

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
200 STOVALL STREET
ALEXANDRIA, VA   22332-0470

AHRC-PDZ-B
ORDERS  A-08-517781

24 AUG 2005

EUBANKS PORTER III                                    MSG    401 94 1316
PO BOX 40394                                          WZMAY4
CINCINNATI OH 45240 0394

YOU ARE ORDERED TO ACTIVE DUTY UNDER PROVISION OF SECTION 12301 (D), TITLE 10
UNITED STATES CODE FOR THE PERIOD SHOWN PLUS THE TIME NECESSARY TO TRAVEL. YOU
WILL PROCEED FROM YOUR HOME OR CURRENT LOCATION IN TIME TO REPORT FOR DUTY ON
THE DATE SHOWN BELOW. UPON COMPLETION OF THIS DUTY, UNLESS SOONER RELEASED, YOU
WILL RETURN TO YOUR HOME AND UPON ARRIVAL BE RELEASED FROM ACTIVE DUTY.

RPT TO: 85 NC DIV 4BDE 2/340 WZMAY2 3590 CENTURY DIVISION LOUISVILLE KY 40205 3
REPORT DATE/TIME: 21 SEP 2005 RPT NLT THAN 0730.
ASG TO: 85 NO DIV 4BDE 2/340 WZMAY4 3590 CENTURY DIVISION LOUISVILLE KY 40205 3
ATT TO: 85 NC DIV 4BDE 2/340 WZMAY2 3590 CENTURY DIVISION LOUISVILLE KY 40205 3
DUTY AT: LOUISVILLE KY.
PERIOD OF ACTIVE DUTY: 365 DAYS INCLUDING ACCUM LEAVES     END DATE: 20 SEP 2006
PURPOSE: CO TTAD SPT OPN ENDURING FREEDOM

ADDITIONAL INSTRUCTIONS: 8M ON STATION. ONE WAY TRANS TO HOR AT END OF TOUR IS
AUTH. TDY IN EXCESS OF 139 DAYS AUTH AS MISSION ESSENTIAL IAW JFTR CH 7, PAR
G, PARA U7150AD(E). YOU WILL RETURN TO THE PLACE OF INITIAL ENTRY ON AD FOR
OUTPROCESSING/REFRAD. POV AUTH NTE CONSTRUCTIVE COST OF TVL IAW JFTR PARA
U3310. SURE PAY IS MANDATORY. BRING DOCUMENTATION TO AUTH SURE PAY TO THE
BANK (SF 1199). PDIEM AUTH IAW JFTR. THIS IS AN UNACC TOUR. MVMT OF HHG AND
DEP NOT AUTH. BRING COPIES OF MARRIAGE CERT, DIVORCE DECREE, BIRTH CERT OF
NATURAL CHILDREN OR DOCUMENTATION OF DEPENDENCY/CHILD SPT, FAMILY CARE PLAN,
WILLS, POWER OF ATTORNEY & OTHER DOCUMENTS AFFECTING PAY STATUS. ID CARD AND
TAGS RQD TO BE ON PERSON WHILE ON GOVT ORDERS. PANO DENTAL X-RAYS OR SF 603
AND HIV SCREEN RQD IF NOT CURRENT. PAY STATUS REPORTED IN DJMS-RC A24 TRANS
MUST BE O (ALPHA CHAR). PAY STATUS REPORTED IN DJMS-RC C01 TRANS. YOU & YOUR
DEPNS, AS YOUR AGENTS, AUTH PX/COMM/THEATRE AND MED CARE DURING THE PERIOD
OF THIS ORDER. NON TEMP STORAGE OF HHG AUTH. STORAGE OF ONE POV AUTH. SUBMIT
TVL CLAIM TO DFAS-IN/CONTINGENCY TVL, DEPT 3900, 8899 E 56TH ST,
INDIANAPOLIS, IN 46249-3900; FAX 317/510-3944-3961-3966; DSN 699. SEND DD
214 TO UNIT OF ASSIGNMENT. ACCRUED LEAVE TO BE CARRIED FWD. GOVT QTRS/MESS
WILL BE USED IF AVAIL WHEN TVL IS TO MIL INSTL OR YOU MUST OBTAIN STMT OF
NON-AVAIL. ATTACHED FOR UCMJ, ADMIN, AND PAY. DJMS-IN WILL PERFORM ACCESSION
TRANS. SM WILL INPROCESS AT THE SVC FIN OFC AT DUTY LOCATION. SVC FIN OFC
WILL ARRIVE SM & PERFORM ALL FINANCE TRANS

FOR ARMY USE:  AUTHORITY: 10 USC 12301 (D) AND 12314
ACCT CLAS: 2152010.0000 01-1100 P2N2C00 11**/12** VFRE F3203 5570 01ENGU
   S12120 AND TRAVEL/PER DIEM CHARGE TO: 215/62020.0000 01-1100 P135198
   21**/22**/25 VFRE P3203 5570 S12120

MDC: N/A     HOR: SAME AS SNL                              PMOS/SSI: 1925
SEX: M       FPN: N/A      COMP: USAR         RES GR: MSG
DORRES: 01 SEP 2002        PEBD: 07 FEB 1984  SCTY CL: SECRET

FORMAT: 162
FOR THE COMMANDER:

* * * * * * * * * * * * *
*                       *         RODGER L. SHUTTLEWORTH
*       AHRC          *           CM5, AG
*     OFFICIAL        *           CHIEF, RC SPT SVC DIV
* * * * * * * * * * * * *

DISTRIBUTION:  1 SOLDIER
1 85 NO DIV 4BDE 2/340 3590 CENTURY DIVISION LOUISVILLE KY 40205 3159
1 85 NO DIV 4BDE 2/340 3590 CENTURY DIVISION LOUISVILLE KY 40205 3159