UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

2006 MAY -3 PM 3: 35

Nathaniel Livingston,
    Plaintiff(s),

v.

Case No. 1:02cv0102
(Consent Case ; Hogan M.J)

City of Cincinnati, et al.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Laura Wilson
**COURT REPORTER:** none present
**DATE:** May 3, 2006    **TIME:** 3:00 pm

Attorney for Plaintiff(s): _____
Nathaniel Livingston
Ken Lawson (via telephone)

Attorney for Defendant(s): _____
Richard Ganulin

**PROCEDURES**

✓ Counsel Present.

✓ Order to issue.

Remarks: oral motion to dismiss A Eubanks with prejudice - GRANTED.