UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nathaniel Livingston, Jr.,
    Plaintiff(s),

v.

City of Cincinnati,
    Defendant(s).

Case No. 1:02cv0102
(Hogan, M.J.)

## ORDER

Pursuant to telephonic notification by counsel for defendant, City of Cincinnati, that this matter is hereby settled:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 6/8/06

awh    June 7, 2006

TIMOTHY S. HOGAN
United States Magistrate Judge